# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1161**
**CAF 11-02138**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF ALAN V. NERBER,
PETITIONER-RESPONDENT,

                    V                                        ORDER

LEIGH M. BUELL, RESPONDENT-APPELLANT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (MARY-JEAN BOWMAN OF COUNSEL), FOR RESPONDENT-APPELLANT.

LEIGH E. ANDERSON, ATTORNEY FOR THE CHILD, BUFFALO, FOR ANTHONY N.

-------------------------------------------------------------------------------

        Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered September 2, 2011 in a proceeding pursuant to Family Court Act article 6.  The order awarded petitioner sole custody of the parties' child.

        It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  November 9, 2012                    Frances E. Cafarell
                                              Clerk of the Court